**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rachel Abbott, having been duly sworn, state;

## Identity of Law Enforcement Officer Making Request

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives(“ATF”) assigned to the Louisville Office. As such, I am an investigative or law enforcement officer of the United Stated within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent of the ATF since September 2015, during which time I have been involved in investigations related to prohibited persons possessing firearms, persons trafficking firearms, along with persons distributing controlled substances.

The information contained in this affidavit details a summary of the investigative efforts that led to the arrest of Vontre MURPHY and is based on my personal involvement in the investigation, my training and experience, and information provided to me by other law enforcement officers. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only the facts that relate to the

issue of whether probable cause exists to support the issuance of the requested criminal complaint.

.

**Offenses Being Committed**

2. The targeted individual is involved with the distribution of methamphetamine pursuant to Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

3. The targeted individual is also involved with the offense of possession of a firearm by a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**Facts Establishing Probable Cause**

4. Beginning in early March of 2025, Louisville Metro Police Department (LMPD) and Alcohol Tobacco and Firearms (ATF) began an investigation into Vontre MURPHY. On March 10th, 2025, LMPD and ATF utilized a Confidential Human Source (CHS) to conduct a controlled purchase of 22 grams of methamphetamine from MURPHY. The controlled buy and the telephonic communications facilitating the transactions were audio and video recorded by law enforcement. Surveillance was also conducted by law enforcement during the controlled buys to collect and corroborate evidence. During the controlled purchase, MURPHY distributed 22 grams of suspected methamphetamine to the CHS. Following the completion of the controlled buy, the suspected methamphetamine was collected by law enforcement and maintained as evidence. The controlled buy occurred outside of 3200 Fordhaven Road, Louisville Kentucky located in Jefferson County, Kentucky, within the Western District of Kentucky. Investigators weighed the methamphetamine, which was found to have a gross weight including

packaging of 22 grams. Utilizing a TruNarc analyzer, the substance was field tested which showed a positive indication for the presence of methamphetamine.

5. The CHS has been utilized by law enforcement in multiple investigations since 2022. During this period, the CHS has provided law enforcement with information that the investigative team has been able to corroborate. The information provided by the CHS has been deemed truthful and reliable by the investigative team. The CHS is currently working with law enforcement for monetary compensation.

6. On April 07, 2026, LMPD and ATF attempted a controlled purchase of one firearm and one ounce of methamphetamine from Vontre MURPHY. The CHS contacted MURPHY via MURPHYs known cell phone number (502) 419-2114 to arrange the controlled purchase. MURPHY instructed the CHS to come to Fordhaven Road Apartments. The CHS was provided with buy funds to complete the controlled purchase. Additionally, the CHS was outfitted with audio and video surveillance equipment for investigators to monitor the controlled purchase. Investigators set surveillance in the area along with LMPD drone footage in the area. Investigators observed MURPHY and an unknown black male walking together in the back of the apartment complex. The CHS met with MURPHY in the back of the apartment complex near the area of 3200 Fordhaven Road. MURPHY got into the CHS' vehicle in the front passenger seat and the unknown male stood outside. MURPHY handed the CHS a bag of suspected methamphetamine. CHS hands MURPHY, some of the buy funds for the suspected methamphetamine. MURPHY then pulled a firearm out to show the CHS and they began to bargain the price of the firearm. MURPHY then points the firearm being a Glock, Model 17 Gen 4, 9 mm handgun, Serial Number: SVP661 a the CHS and stated, "give me everything bruh" and "don't move bruh". MURPHY then grabs money out the CHS' hand, grabs loose money

from the cup holder, and attempts to steal the CHS cellular phone while armed with firearm. MURPHY along with the other male flee the area.

7. LMPD and ATF initiate pursuit of MURPHY and the unknown male. Affiant along with other enforcement observed the MURPHY and the unknown male fleeing behind the apartments on Fordhaven. Affiant witnessed MURPHY pull the Glock, Model 17 Gen 4 from his waistband and discard it under a vehicle in the parking lot. Both subjects were placed in custody. Affiant searched MURPHY's person and obtained some of the pre-recorded buy funds from MURPHY's front pocket. The unknown male was identified as a 15-year-old juvenile. After searching juvenile's person, law enforcement discovered he had a revolver located in his front pants waistband.
8. An analysis of the Glock, Model 17 Gen 4 shows that the firearm had been manufactured outside the state of Kentucky and had thus travelled in interstate commerce prior to MURPHY possessing it.
9. In or around September of 2019, MURPHY pled guilty to five counts of Robbery in the US District Court for the Western District of Kentucky under Indictment Number 18-CR-00019, and was later sentenced to a term of imprisonment of 50 months. MURPHY thus had knowledge that he was a convicted felon and prohibited from possessing firearms when he possessed the weapon described above.

## Conclusion

Based on the evidence gathered in this investigation, Affiant believes there is probable cause to issue a criminal complaint and arrest warrant for **Vontre MURPHY** for violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), (Distribution of Methamphetamine); and Title 18, United States Code, Section 922(g)(1) and 924(a)(b), Possession of a Firearm or Ammunition by a Prohibited Person.

/s/ Rachel Abbott

Rachel Abbott
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this 8th day of April 2026.

REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE